IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG HOOVER; DANIEL ASHE; UNITED STATES FISH AND WILDLIFE SERVICE; SALLY JEWELL; AND THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CV 16–65–M–DWM<br><br>ORDER |

The parties having filed a joint proposed case management plan, (Doc. 12),

IT IS ORDERED that Defendant's motion to dismiss (Doc. 7) is DENIED as MOOT. That motion may be re-filed in compliance with the schedule below.

IT IS FURTHER ORDERED that the following schedule shall govern this matter going forward:

| | |
|---|---|
| Defendants' Motion to Dismiss: | August 5, 2016 |
| Filing of Administrative Record: | November 4, 2016 |
| Motion to Amend/Suppl. the Admin. Record or Motion for Discovery: | January 6, 2017 |
| Motion to Amend the Pleadings: | January 6, 2017 |

1

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment and Brief in Support (6,500 words): | February 3, 2017 |
| Defendants' Response and Cross-Motion (6,500 words): | March 3, 2017 |
| Plaintiff's Joint Response and Reply (6,500 words): | March 31, 2017 |
| Defendants' Reply (6,500 words): | April 28, 2017 |

IT IS FURTHER ORDERED that:

(1)   Unless otherwise indicated above, responses and replies to motions shall conform to the time and length limitations of Local Rule 7.1(d).

(2)   The parties shall not use any acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA.

(3)   As an alternative to CDs, Defendants may file the Administrative Record with the Court in the form of a new USB drive that is an indexed and searchable format.

Dated this 21st day of July, 2016.

Donald W. Molloy, District Judge
United States District Court

2