**FILED**

DEC 0 8 2016



Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | CV 16–65–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CRAIG HOOVER; DANIEL ASHE; UNITED STATES FISH AND WILDLIFE SERVICE; SALLY JEWELL; AND THE UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants, | |
| and | |
| MONTANA TRAPPERS ASSOCIATION and NATIONAL TRAPPERS ASSOCIATION, | |
| Defendant-Intervenors. | |

Pursuant to this Court's Order of November 7, 2016, Federal Defendants

were required to file the Administrative Record on or before November 18, 2016.

(Doc. 34.) As of today's date, no record has been filed.

Accordingly, IT IS ORDERED that Federal Defendants shall file the

Administrative Record on or before December 12, 2016. The failure to do so may result in the imposition of sanctions. Fed. R. Civ. P. 16(f)(1)(C).

Dated this 8ª day of December, 2016.

Donald W. Molloy, District Judge
United States District Court