IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

DEC 09 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG HOOVER; DANIEL ASHE; UNITED STATES FISH AND WILDLIFE SERVICE; SALLY JEWELL; AND THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br>and<br><br>MONTANA TRAPPERS ASSOCIATION and NATIONAL TRAPPERS ASSOCIATION,<br><br>Defendant-Intervenors. | CV 16–65–M–DWM<br><br>ORDER |

The Administrative Record in this case was due on November 18, 2016. (Doc. 34.) Because no record was provided to the Court, Federal Defendants were ordered on December 8, 2016, to file the Administrative Record on or before December 12, 2016. (Doc. 38.) Instead of complying with that Order or showing cause why compliance was not possible, the parties filed a joint stipulation and motion seeking to stay the proceedings in this case. (Doc. 39.) It is not clear from

1

the parties' stipulation why the matter should be stayed and to what extent the anticipated analysis under the National Environmental Policy Act for the CITES export program may alter the nature of the case. Due to previous delay in the administration of this matter, (*see* Docs. 33, 34) (extending the case management schedule at the request of the Federal Defendants)), there is concern regarding the "just, speedy, and inexpensive determination" of this action, Fed. R. Civ. P. 1.

Accordingly, IT IS ORDERED that the parties must provide further clarification of the reasons for the requested stay and show cause to excuse the failure to meet the November 18, 2016 Administrative Record deadline on or before December 12, 2016. Absent such clarification and cause, the parties' joint motion will be denied.

Dated this 9th day of December, 2016.

Donald W. Molloy, District Judge
United States District Court