IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUN 1 5 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG HOOVER; DANIEL ASHE; UNITED STATES FISH AND WILDLIFE SERVICE; SALLY JEWELL; AND THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br>and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA,<br><br>Defendant-Intervenors. | CV 16–65–M–DWM<br><br>ORDER |

On May 18, 2017, Defendant Fish and Wildlife Service issued its final analysis and decision under the National Environmental Policy Act concerning the environmental effects of the Export Program for Certain Native Species Under the Convention on International Trade in Endangered Species of Wild Fauna and Flora. (*See* Notice, Doc. 53.) On June 14, 2017, the parties filed a status update,

1

indicating that the plaintiff plans to file an amended complaint challenging that decision. (*See* Doc. 54.)

Accordingly, IT IS ORDERED that the plaintiff shall file a motion for leave to file an amended complaint on or before June 30, 2017. The plaintiffs must attach the proposed amended pleading. The defendants have fourteen (14) days following the filing of the plaintiff's request to file either a brief in opposition or a notice indicating they do not object to the amendment.

Dated this 15th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court