Sarah McMillan
WildEarth Guardians
P.O. Box 7516
Missoula, Montana 59807
Tel: 406-549-3895
smcmillan@wildearthguardians.org

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-359-3238
frost@westernlaw.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>            Plaintiff,<br><br>   vs.<br><br>CRAIG HOOVER et al.,<br><br>            Defendants,<br><br>MONTANA TRAPPERS ASSOCIATION, et al.,<br><br>           Defendant-Intervenors. | CV 16-65-M-DWM<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT |

Pursuant to this Court's order of June 15, 2017 (Doc. No. 55), Plaintiff WildEarth Guardians ("Guardians") hereby respectfully files this motion seeking leave to file a supplemental and amended complaint in this case pursuant to FED. R. CIV. P. 15(d) & 15(a), and its proposed revised pleading. Plf's Ex. 1. This motion is accompanied by a brief in support. L.R. 7.1(d)(1)(A).

Counsel for Guardians has conferred with counsel for Federal Defendants Craig Hoover et al. ("Service"), counsel for Defendant-Intervenors Montana Trappers Association *et al.*, and counsel for Defendant-Intervenor Fur Information Council of America, and they take no position on this motion until they have reviewed the proposed revised pleading. Declaration of Peter M.K. Frost ¶ 1.

Date: June 30, 2017.                Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Sarah McMillan
Matthew K. Bishop

*Attorneys for Plaintiff*