Kathleen L. DeSoto
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
kldesoto@garlington.com

Ira T. Kasdan *(pro hac vice)*
KELLEY DRYE & WARREN
3050 K Street, NW, Suite 400
Washington, DC  20007-1497
Telephone (202) 342-8864
Telefax (202) 342-8451
ikasdan@kelleydrye.com

*Attorneys for Defendant-Intervenor FICA*

W. Carl Mendenhall
WORDEN THANE
PO Box 4747
Missoula, MT 59806-4747
Telephone (406) 721-3400
Telefax: (406) 721-6985
cmendenhall@wordenthane.com

Gary R. Leistico
RINKE NOONAN
1015 W. St. Germain Street, Suite 300
PO Box 1497
St. Cloud, MN 56302-1497
Telephone 320-251-6700
Telefax 320-656-3500
gleistico@rinkenoonan.com

*Attorneys for Defendant-Intervenors Montana Trappers Assoc.*
*& National Trappers Assoc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | |
| Plaintiff, | |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | Lead Case No. 9:16-CV-00065DWM |
| vs. | Member Case No. 9:17-CV-00099DWM |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., | |
| Defendants, | |
| Montana Trappers Association, et al. & Fur Information Council of America, | |
| Defendant-Intervenors. | |

## DEFENDANT-INTERVENORS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(B)(7), Defendant-Intervenors move to dismiss the above-captioned consolidated action because Plaintiffs have not joined and cannot join indispensable parties – States and Native American tribes who are immune from suit – pursuant to Fed. R. Civ. P. 19. The reasons for this motion are set forth in a separate memorandum filed herewith.

2

Pursuant to Local Rule 7.1(c)(1), all other parties to this action have been contacted relating to this motion. Federal Defendants take no position on Defendant-Intervenors' motion at this time, and reserve all rights to respond to or oppose the motion. Plaintiffs WildEarth Guardians and Center for Biological Diversity will oppose the motion.

| | |
|---|---|
| Dated: November 10, 2017 | */s/ Kathleen L. DeSoto*<br>Kathleen L. DeSoto<br>GARLINGTON, LOHN & ROBINSON, PLLP<br>350 Ryman Street • P. O. Box 7909<br>Missoula, MT 59807-7909<br>Telephone (406) 523-2500<br>Telefax (406) 523-2595<br>kldesoto@garlington.com |
| Dated: November 10, 2017 | */s/ Ira T. Kasdan*<br>Ira T. Kasdan *(pro hac vice)*<br>KELLEY DRYE & WARREN<br>3050 K Street, NW, Suite 400<br>Washington, DC 20007-1497<br>Telephone (202) 342-8864<br>Telefax (202) 342-8451<br>ikasdan@kelleydrye.com<br><br>*Attorneys for Defendant-Intervenor FICA* |
| Dated: November 10, 2017 | WORDEN THANE P.C.<br><br>*/s/ W. Carl Mendenhall*<br>W. Carl Mendenhall, #1916<br>111 North Higgins Avenue, Suite 600<br>P.O. Box 4747 |

3

                          Missoula, MT  59806-4747
                          (406) 721-3400
                          Fax (406) 721-6985
                          cmendenhall@wordenthane.com

Dated:   November 10, 2017      RINKE NOONAN

                          */s/ Gary R. Leistico*
                          Gary R. Leistico (MN #24448X)
                          1015 W. St. Germain St., Suite 300
                          P.O. Box 1497
                          St. Cloud, MN  56302-1497
                          (320) 251-6700
                          Fax (320) 656-3500
                          gleistico@rinkenoonan.com

                          *Attorneys for Defendant-Intervenors*
                          *Montana Trappers Association and National*
                          *Trappers Association*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2017, a copy of Defendant-Intervenors' Motion to Dismiss was electronically filed with the Clerk of Court through the CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Ira. T Kasdan*
Ira T. Kasdan

5