IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

NOV 17 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| WILDEARTH GUARDIANS, <br><br> Plaintiff, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Consolidated-Plaintiff, <br><br> vs. <br><br> UNITED STATES FISH & WILDLIFE SERVICE; et al., <br><br> Defendants, <br><br> and <br><br> MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA, <br><br> Defendant-Intervenors. | Lead Case No. <br> CV 16–65–M–DWM <br><br> Member Case No. <br> CV 17–99–M–DWM <br><br> ORDER |

The parties having jointly moved to extend the briefing deadlines related to

Defendant-Intervenors' motion to dismiss,

1

IT IS ORDERED that the parties' motion (Doc. 77) is GRANTED. Plaintiffs and Defendants shall file their responses on or before December 8, 2017, and Defendant-Intervenors shall file their reply on or before December 29, 2017. All remaining deadlines outlined in the September 26, 2017 Case Management Order (Doc. 73) remain in place and no extensions of time will be granted on the basis of this Order.

Dated this 17th day of November, 2017.

Donald W. Molloy, District Judge
United States District Court