IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| WILDEARTH GUARDIANS, | Lead Case No. |
| Plaintiff, | CV 16–65–M–DWM |
| and | Member Case No. |
| | CV 17–99–M–DWM |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Consolidated-Plaintiff, | ORDER |
| vs. | |
| UNITED STATES FISH & WILDLIFE SERVICE; et al., | |
| Defendants, | |
| and | |
| MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA, | |
| Defendant-Intervenors. | |

The State of Montana has moved for the admission *pro hac vice* of

Wisconsin Assistant Attorney General Gabe Johnson-Karp. (Doc. 88.) The

1

motion indicates the attorneys general of Montana, Wyoming, Michigan, Wisconsin, and Alaska wish to support the Federal Defendants by filing an amici curiae brief. The threshold question is "what is added by an additional brief?" Local Rule 7.5 requires parties obtain permission of the Court before any amicus brief may be filed. If the Rule 7.5 motion is to be granted there must be some indication as to how an amicus brief will aid or expedite resolution of the pending issues. Accordingly,

IT IS ORDERED that the motion is DENIED subject to renewal upon compliance with Local Rule 7.5.

Dated this 7th day of February, 2018.

_____
Donald W. Molloy, District Judge
United States District Court

2