**FILED**

MAR 08 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Consolidated-Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; et al.,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, AND FUR INFORMATION COUNCIL OF AMERICA,<br><br>Defendant-Intervenors. | Lead Case No.<br>CV 16-65-M-DWM<br><br>Member Case No.<br>CV 17-99-M-DWM<br><br><br><br>ORDER |

Defendant-Intervenor Fur Information Council of America moves for the admission of Mindy B. Pava to practice before this Court in this consolidated

1

action with Kathleen DeSoto to act as local counsel. Ms. Pava's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Mindy B. Pava *pro hac vice* (Doc. 103) is GRANTED on the condition that Ms. Pava shall do her own work. This means that Ms. Pava must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Pava, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 8th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court