IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; et al.,<br><br>    Defendants,<br><br> and<br><br>MONTANA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, and FUR INFORMATION COUNCIL OF AMERICA,<br><br>    Defendant-Intervenors. | CV 16-65-M-DWM<br><br><br>JUDGMENT |

   This action came before the Court for hearing or determination on the record. A decision has been rendered.

   IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order, that final judgment is entered as follows:

   Plaintiffs' motion for summary judgment is denied as to their NEPA claims and granted as to their ESA claims.

   The Service's cross-motion for summary judgment is granted as to

Plaintiffs' NEPA claims and denied as to Plaintiffs' ESA claims.

Defendant-Intervenors' cross-motion for summary judgment is granted as to Plaintiff's NEPA claims and denied as to Plaintiff's ESA claims.

This case is no longer consolidated and will be closed upon the filing of this judgment.

Dated this 26th day of October, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk