|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | FEB 06 2019 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WILDEARTH GUARDIANS and CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiffs-Appellees,

v.

UNITED STATES FISH AND WILDLIFE SERVICE; et al.,

    Defendants-Appellants,

MONTANA TRAPPERS ASSOCIATION; et al.,

    Intervenor-Defendants.

No. 18-36091

D.C. No. 9:16-cv-00065-DWM
District of Montana, Missoula

ORDER

Appellants have failed to comply with the court's order filed January 7, 2019. Accordingly, this appeal is dismissed. Ninth Cir. Rule 42-1. The parties shall bear their own costs on appeal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

By: Mary G. Schlepp
Deputy Clerk

mgs/mediation