IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 27 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| WILDEARTH GUARDIANS, | CV 16-65-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | |
| PAMELA SCRUGGS, et al., | ORDER |
| Federal Defendants, | |
| and | |
| MONTANA TRAPPERS ASSOCIATION, et al. | |
| Defendant-Intervenors. | |

The parties having jointly moved for an extended briefing schedule on costs and fees,

IT IS ORDERED that the parties' motion (Doc. 144) is GRANTED. Plaintiff shall file its motion for attorney's fees, if any, on or before March 8, 2019. Federal Defendants shall file their response to Plaintiff's bill of costs and motion on or before April 22, 2019. Plaintiff may file a reply on or before May 6, 2019.

DATED this 27th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court