JEAN E. WILLIAMS, Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
RICKEY D. TURNER, JR., Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Ste. 370
Denver, Colorado 80202
303-844-1373
Rickey.turner@usdoj.gov

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA SCRUGGS, et al.,<br><br>Federal Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, et al.<br><br>Defendant-Intervenors. | Case No. 9:16-cv-65-DWM<br>Judge Donald W. Molloy<br><br>**JOINT MOTION TO ENTER STIPULATION SETTLING PLAINTIFF'S CLAIM FOR ATTORNEYS' FEES AND COSTS** |

Plaintiff WildEarth Guardians and Defendants Pamela Scruggs, Margaret Everson, the United States Fish and Wildlife Service, and the United States Department of the Interior ("Federal Defendants") respectfully request that the Court enter an order adopting the Stipulated Settlement Agreement As To Attorneys' Fees and Costs, which is being filed concurrently with this Motion. The parties conducted good faith negotiations that will avert further litigation on this issue. The compromise resolves Plaintiff's claim for attorneys' fees and costs and will dispose of their motion for attorneys' fees, costs, and other expenses (ECF No. 146). All parties agree that settlement of these claims in this matter is in the public interest and is an appropriate way to resolve the dispute between them.

Respectfully submitted this 6th day of May, 2019.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        SETH M. BARSKY
        Section Chief
        MEREDITH L. FLAX
        Assistant Section Chief

        */s/ Rickey D. Turner, Jr.*
        RICKEY D. TURNER, JR.
        Senior Trial Attorney
        Wildlife and Marine Resources
        Section 999 18th Street, South Terrace,
        Suite 370 Denver, Colorado 80202
        Phone: (303) 844-1373
        rickey.turner@usdoj.gov

        *Attorneys for Defendants*

*/s/ Peter M.K. Frost*
PETER M.K. FROST
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Phone: (541) 359-3238
frost@westernlaw.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6th, 2019, a true and correct copy of the above Joint Motion to Enter Stipulation Settling Plaintiff's Claim for Attorneys' Fees and Costs was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested parties via the Notices of Electronic Filing that are generated by CM/ECF.

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
Senior Trial Attorney
Wildlife and Marine Resources
Section 999 18th Street, South Terrace,
Suite 370 Denver, Colorado 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

*Attorney for Defendants*