IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

WILDEARTH GUARDIANS,

    Plaintiff,

vs.

PAMELA SCRUGGS, et al.,

    Federal Defendants,

and

MONTANA TRAPPERS ASSOCIATION, et al.

    Defendant-Intervenors.

CV 16-65-M-DWM

ORDER

FILED
MAY 08 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

The parties having reached an agreement as to attorneys' fees and costs,

IT IS ORDERED that the parties' joint motion (Doc. 149) is GRANTED. The parties stipulated settlement (Doc. 150) is ADOPTED and the plaintiff's pending motion for attorneys' fees (Doc. 146) is DISMISSED. The Court declines to retain jurisdiction over enforcement of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 8th day of May, 2019.

Donald W. Molloy, District Judge
United States District Court